# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| LG ELECTRONICS INC. AND<br>LG ELECTRONICS ALABAMA, INC., | |
| *Plaintiffs*, | Case No. 1:21-cv-2600 |
| v. | Judge: Mary M. Rowland |
| LQQY,<br>LYLYMX, AND<br>QUANTUM HOME PRODUCTS, | Magistrate Judge: Heather K. McShain |
| *Defendants*. | |

## **FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiffs LG Electronics Inc. and LG Electronics Alabama, Inc. ("Plaintiffs") against defendants LQQY, LYLYMX, and Quantum Home Products (collectively, the "Defaulting Defendants") identified on Schedule A to the complaint, and Plaintiffs having moved for entry of Default and Default Judgment against the Defaulting Defendants;

Plaintiffs having properly completed service of process on the Defaulting Defendants, providing notice via e-mail to e-mail addresses provided for the Defaulting Defendants by Amazon.com, being notice reasonably calculated under all circumstances to apprise the Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over the Defaulting Defendants since the Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, the Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Merchant Sellers IDs, offering shipping to the United States including to Illinois, accepting payment in U.S. dollars, and, on information and belief, offering to sell, selling, and continuing to sell products that infringe directly and/or indirectly U.S. Patent No. 10,653,984 (the '984 Patent") to consumers in the United States, including Illinois.

THIS COURT FURTHER FINDS that the Defaulting Defendants are liable for patent infringement (35 U.S.C. § 271).

IT IS HEREBY ORDERED that Plaintiffs' Motion for Entry of Default and Default Judgment is GRANTED, that the Defaulting Defendants are deemed in default and that this Final Judgment is entered against the Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

   a. offering for sale, selling, and importing any product not authorized by Plaintiffs and that includes any reproduction, copy, or mere colorable imitation of the '984 Patent;

   b. aiding, abetting, contributing to, or otherwise assisting anyone in infringing upon the '984 Patent; and

    c. effecting assignments or transfers, forming new entities or associations or utilizing any other device for the purpose of circumventing or otherwise avoiding the prohibitions set forth in Subparagraphs (a) and (b).

2. Upon receipt of this Order and upon Plaintiffs' request, any third party providing services for any of the Defaulting Defendants, or in connection with any of the Defaulting Defendants' e-commerce stores, including, without limitation, Amazon.com, shall within ten (10) business days of receipt of this Order disable and cease displaying any advertisements used by or associated with the Defaulting Defendants in connection with the sale of products that infringe directly and/or indirectly the '984 Patent.

3. Plaintiffs may serve this Order on any third party providers, including Amazon.com, by e-mail delivery to the e-mail addresses Plaintiffs used to serve the Complaint, the Temporary Restraining Order (TRO), and other relevant documents on the third party providers.

4. In the event that Plaintiffs identify any additional online marketplaces or financial accounts owned by the Defaulting Defendants, Plaintiffs may send notice of any supplemental proceeding to the Defaulting Defendants to the following e-mail addresses: sales@qhproducts.com and ultravendiix@gmail.com for Defendant QUANTUM HOME PRODUCTS, bangwei123uk@163.com for Defendant LQQY, and huiliwujinbaihuous@163.com for Defendant LYLYMX.

This is a Final Judgment.

DATED: July 21, 2021

*Mary M Rowland*

Mary M. Rowland
United States District Judge